DOC NO
REC'D/FILED

2017 FEB -2 AM 10:23
PETER OPPENEER
US DIST COURT
WD OF WI

NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WISCONSIN

FILE NUMBER 16-CV-542-bbc

SYLVESTER JACKSON,
    Plaintiff,
v.
RANDALL HEPP, et al.,
    Defendants,

NOTICE OF APPEAL

Notice is hereby given that Sylvester Jackson, plaintiff in the above case, hereby appeal to the United States Court of Appeals for the Seventh Circuit from dismissal order entered on January 6, 2017, without prejudice and to inform court by January 23, 2017, of cases plaintiff wishes to voluntarily dismiss. Plaintiff also appeal the order entered on September 27, 2016, separating his lawsuit into 12 different lawsuits.

Sylvester Jackson pro se
Racine Correctional Inst.
P.O. Box 900
Sturtevant, WI 53177