IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT COURT OF WISCONSIN

Sylvester Jackson,
    Plaintiff,

v.                    Case No. 16-CV-547

Randall Hepp, et al.,
    Defendants,

## NOTICE OF APPEALS

Notice is hereby given that Sylvester Jackson, plaintiff in the above caption appeal to the United States Court of Appeals for the Seventh Circuit Court from the final Judgment entered on June 14, 2018, by judge Barbara Crabb, of the Western District of Wisconsin, granting Summary Judgment in favor of defendants.

                            Sylvester Jackson
                            P.O. Box 6753
                            Milwaukee, WI 53206